UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> Plaintiffs, <br><br> –against– <br><br> PAUL F. LYONS, D.C., P.A. d/b/a ACCELERATED HEALING CENTER, PAUL F. LYONS, JR., D.C., and ROBERT W. DAVIS, P.T., <br><br> Defendants. | Case No.: 3:19-cv-00241-AET-TJB |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Paul F. Lyons, D.C., P.A. d/b/a Accelerated Healing Center, Paul F. Lyons, Jr., D.C., and Robert W. Davis, P.T. ("Defendants"), that all claims asserted by Plaintiffs against Defendants in this action, and all counterclaims by Defendants against Plaintiffs in this action, are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP

By: _____
Gene Y. Kang, Esq.
Court Plaza South, First Floor – West Wing
21 Main Street, Suite 158
Hackensack, New Jersey 07601
*Counsel for Plaintiffs*

LAW OFFICE OF JEFFREY RANDOLPH, LLC

By: _____
Jeffrey Randolph, Esq.
139 Harristown Road, Suite 205
Glen Rock, NJ 07452
*Counsel for Defendants*

So ordered
07/16/2019

Anne E. Thompson